Louis Dubner, Respondent, *v.* Jamaica Puntine Lease-hold Corporation, Defendant, and Toma Develop-ment Company, Inc., Appellant.

(Submitted October 2, 1931; decided October 20, 1931.)

*Frank W. Holmes* for appellant.

*David Glickman* and *Edgar F. Hazleton* for respondent.

Order affirmed, with costs; questions certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.